| Fill in this information to identify the case: |
|---|
| Debtor 1     Wayne C Duddleston |
| Debtor 2     Jean M Duddleston |
| United States Bankruptcy Court for the: Western District of Wisconsin |
| Case number :    3-20-11324-cjf |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** MCLP Asset Company, Inc. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known): **6**

**Last 4 digits** of any number you use to identify the debtor's account: **6141**

**Property Address:** 1209 Bay Ridge Road
Madison, WI 53716
4012 Hammersley Ave
Madison, WI 53705

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $0.00

## Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) Is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 17,425.74

b. Total fees, charges, expenses, escrow, and costs outstanding:    +(b) $ -419.74 suspense

c. **Total**. Add lines a and b.

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    2024-08-01    (c) $ 17,006.00

| Debtor 1 | Wayne C Duddleston | | | Case number (if known) | 3-20-11324-cjf |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/Julian Cotton
Signature

Date  05/23/2025

Print: Julian Cotton

Title: Authorized Agent for Creditor

Company: Padgett Law Group

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 6267 Old Water Oak Road, Suite 203

Tallahassee FL, 32312

Contact phone: (850) 422-2520

Email: plginquiries@padgettlawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**MADISON DIVISION**

| | |
|---|---|
| In Re; | |
| **Wayne C Duddleston** | Case No.: 3-20-11324-cjf |
| **Jean M Duddleston** | |
| **Debtor(s)** | Chapter: 13 |

**CERTIFICATE OF SERVICE**

I, hereby certify that on 05/23/2025 a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

Service by U.S. First Class Mail

Debtor
Wayne C Duddleston
1209 Bay Ridge Rd
Madison, WI 53716

Co-Debtor
Jean M Duddleston
1209 Bay Ridge Rd
Madison, WI 53716

By Electronic Mail

Attorney for Debtor
Noe Joseph Rincon
Krekeler Law S.C.
26 Schroeder Court, Suite 300
Madison, WI 53711

Kristin J. Sederholm
Krekeler Law, S.C.
26 Schroeder Court, Suite 300
Madison, WI 53711

Trustee
Mark Harring
122 West Washington Ave.
Suite 500
Madison, WI 53703-2578

US Trustee
U.S. Trustee`s Office
780 Regent Street, Suite 304
Madison, WI 53715

Julian Cotton
/s/ _____
Julian Cotton

| Debtor | Duddleston |
|---|---|
| Account # | |
| Case # | 3-20-11324-cjf |
| Filing Date | 5/19/2020 |
| First Post Due Date | 6/1/2020 |
| Post Admin Claim? | No |
| Post Admin Start | |
| As of | |
| Loan Type | |
| Claim # | |
| Acquisition date | |
| Audit Date | |

| Payment Changes | Eff Date | P & I | Escrow | Other | Total |
|---|---|---|---|---|---|
| POC | 6/1/2020 | $ 1,042.87 | $ 544.60 | | $ 1,587.47 |
| Change #1 | 6/1/2021 | $ 1,042.87 | $ 570.93 | | $ 1,613.80 |
| Change #2 | 4/1/2022 | $ 1,042.87 | $ 668.30 | | $ 1,711.17 |
| Change #3 | 4/1/2023 | $ 1,042.87 | $ 621.37 | | $ 1,664.24 |
| Change #4 | 4/1/2024 | $ 1,042.87 | $ 680.71 | | $ 1,723.58 |
| Change #5 | 4/1/2025 | $ 1,042.87 | $ 767.78 | | $ 1,810.65 |
| Change #6 | 5/1/2025 | $ 1,042.87 | $ 783.58 | | $ 1,826.45 |
| Change #7 | | | | | $ - |
| Change #8 | | | | | $ - |
| Change #9 | | | | | $ - |
| Change #10 | | | | | $ - |
| Change #11 | | | | | $ - |
| Change #12 | | | | | $ - |
| Change #13 | | | | | $ - |
| Change #14 | | | | | $ - |
| Change #15 | | | | | $ - |
| Change #16 | | | | | $ - |
| Change #17 | | | | | $ - |
| Change #18 | | | | | $ - |

| | Amounts Due | | | Post Funds Received | | Difference | | Payments Due | Pymt Amts Due |
|---|---|---|---|---|---|---|---|---|---|
| | P & I | Escrow | Total | Date | Amount | | | | |
| Jun-20 | 1042.87 | 544.60 | 1587.47 | 06/17/2020 | 1,600.00 | -12.53 | 0.00 | | |
| Jul-20 | 1042.87 | 544.60 | 1587.47 | 07/21/2020 | 1,745.03 | -157.56 | 0.00 | | |
| Aug-20 | 1042.87 | 544.60 | 1587.47 | 08/14/2020 | 1,600.00 | -12.53 | 0.00 | | |
| Sep-20 | 1042.87 | 544.60 | 1587.47 | 09/18/2020 | 1,600.00 | -12.53 | 0.00 | | |
| Oct-20 | 1042.87 | 544.60 | 1587.47 | 10/15/2020 | 1,700.00 | -112.53 | 0.00 | | |
| Nov-20 | 1042.87 | 544.60 | 1587.47 | 11/17/2020 | 1,700.00 | -112.53 | 0.00 | | |
| Dec-20 | 1042.87 | 544.60 | 1587.47 | 12/11/2020 | 1,800.00 | -212.53 | 0.00 | | |
| Jan-21 | 1042.87 | 544.60 | 1587.47 | 01/18/2021 | 1,800.00 | -212.53 | 0.00 | | |
| Feb-21 | 1042.87 | 544.60 | 1587.47 | 02/10/2021 | 1,800.00 | -212.53 | 0.00 | | |
| Mar-21 | 1042.87 | 544.60 | 1587.47 | 03/15/2021 | 1,800.00 | -212.53 | 0.00 | | |
| Apr-21 | 1042.87 | 544.60 | 1587.47 | 04/16/2021 | 1,800.00 | -212.53 | 0.00 | | |
| May-21 | 1042.87 | 544.60 | 1587.47 | 05/17/2021 | 1,800.00 | -212.53 | 0.00 | | |
| Jun-21 | 1042.87 | 570.93 | 1613.80 | 06/15/2021 | 1,800.00 | -186.20 | 0.00 | | |
| Jul-21 | 1042.87 | 570.93 | 1613.80 | 07/14/2021 | 1,800.00 | -186.20 | 0.00 | | |
| Aug-21 | 1042.87 | 570.93 | 1613.80 | 08/16/2021 | 1,700.00 | -86.20 | 0.00 | | |
| Sep-21 | 1042.87 | 570.93 | 1613.80 | 09/09/2021 | 1,160.00 | 453.80 | 0.00 | | |
| Oct-21 | 1042.87 | 570.93 | 1613.80 | 10/21/2021 | 1,700.00 | -86.20 | 0.00 | | |
| Nov-21 | 1042.87 | 570.93 | 1613.80 | 11/29/2021 | 1,500.00 | 113.80 | 0.00 | | |
| Dec-21 | 1042.87 | 570.93 | 1613.80 | 01/13/2022 | 1,613.80 | 0.00 | 0.00 | | |
| Jan-22 | 1042.87 | 570.93 | 1613.80 | 02/09/2022 | 1,700.00 | -86.20 | 0.00 | | |
| Feb-22 | 1042.87 | 570.93 | 1613.80 | 03/11/2022 | 1,700.00 | -86.20 | 0.00 | | |
| Mar-22 | 1042.87 | 570.93 | 1613.80 | 04/13/2022 | 1,750.00 | -136.20 | 0.00 | | |
| Apr-22 | 1042.87 | 668.30 | 1711.17 | 05/23/2022 | 1,624.32 | 86.85 | 0.00 | | |
| May-22 | 1042.87 | 668.30 | 1711.17 | 06/30/2022 | 1,200.00 | 511.17 | 0.00 | | |
| Jun-22 | 1042.87 | 668.30 | 1711.17 | 08/17/2022 | 1,624.32 | 86.85 | 0.00 | | |
| Jul-22 | 1042.87 | 668.30 | 1711.17 | 09/22/2022 | 1,600.00 | 111.17 | 0.00 | | |
| Aug-22 | 1042.87 | 668.30 | 1711.17 | 10/21/2022 | 1,613.80 | 97.37 | 0.00 | | |
| Sep-22 | 1042.87 | 668.30 | 1711.17 | 10/21/2022 | 38.83 | 1672.34 | 0.00 | | |
| Oct-22 | 1042.87 | 668.30 | 1711.17 | 10/21/2022 | 97.37 | 1613.80 | 0.00 | | |
| Nov-22 | 1042.87 | 668.30 | 1711.17 | 12/14/2022 | 1,711.17 | 0.00 | 0.00 | | |
| Dec-22 | 1042.87 | 668.30 | 1711.17 | 12/14/2022 | 38.83 | 1672.34 | 0.00 | | |
| Jan-23 | 1042.87 | 668.30 | 1711.17 | 01/18/2023 | 1,711.17 | 0.00 | 0.00 | | |
| Feb-23 | 1042.87 | 668.30 | 1711.17 | 01/18/2023 | 88.83 | 1622.34 | 0.00 | | |
| Mar-23 | 1042.87 | 668.30 | 1711.17 | 02/15/2023 | 1,711.17 | 0.00 | 0.00 | | |
| Apr-23 | 1042.87 | 621.37 | 1664.24 | 02/15/2023 | 13.83 | 1650.41 | 0.00 | | |
| May-23 | 1042.87 | 621.37 | 1664.24 | 03/22/2023 | 1,600.00 | 64.24 | 0.00 | | |
| Jun-23 | 1042.87 | 621.37 | 1664.24 | 05/01/2023 | 1,700.00 | -35.76 | 0.00 | | |
| Jul-23 | 1042.87 | 621.37 | 1664.24 | 06/14/2023 | 1,600.00 | 64.24 | 0.00 | | |
| Aug-23 | 1042.87 | 621.37 | 1664.24 | 07/17/2023 | 1,700.00 | -35.76 | 0.00 | | |
| Sep-23 | 1042.87 | 621.37 | 1664.24 | 09/13/2023 | 2,125.44 | -461.20 | 0.00 | | |
| Oct-23 | 1042.87 | 621.37 | 1664.24 | 10/11/2023 | 2,125.44 | -461.20 | 0.00 | | |
| Nov-23 | 1042.87 | 621.37 | 1664.24 | 10/17/2023 | -2,125.44 | 3789.68 | 0.00 | | |
| Dec-23 | 1042.87 | 621.37 | 1664.24 | 11/16/2023 | 596.97 | 1067.27 | 0.00 | | |
| Jan-24 | 1042.87 | 621.37 | 1664.24 | 01/07/2024 | 1,664.24 | 0.00 | 0.00 | | |
| Feb-24 | 1042.87 | 621.37 | 1664.24 | 01/07/2024 | 13.50 | 1650.74 | 0.00 | | |
| Mar-24 | 1042.87 | 621.37 | 1664.24 | 02/02/2024 | 1,664.24 | 0.00 | 0.00 | | |
| Apr-24 | 1042.87 | 680.71 | 1723.58 | 02/02/2024 | 13.50 | 1710.08 | 0.00 | | |
| May-24 | 1042.87 | 680.71 | 1723.58 | 03/05/2024 | 1,664.24 | 59.34 | 0.00 | | |
| Jun-24 | 1042.87 | 680.71 | 1723.58 | 03/05/2024 | .76 | 1722.82 | 0.00 | | |
| Jul-24 | 1042.87 | 680.71 | 1723.58 | 04/09/2024 | 1,664.24 | 59.34 | 0.00 | | |
| Aug-24 | 1042.87 | 680.71 | 1723.58 | 05/01/2024 | 1,664.24 | 59.34 | 0.00 | 8/1/2024 | 1723.58 |
| Sep-24 | 1042.87 | 680.71 | 1723.58 | 05/01/2024 | 59.34 | 1664.24 | 0.00 | 9/1/2024 | 1723.58 |
| Oct-24 | 1042.87 | 680.71 | 1723.58 | 06/05/2024 | 1,723.58 | 0.00 | 0.00 | 10/1/2024 | 1723.58 |
| Nov-24 | 1042.87 | 680.71 | 1723.58 | 06/05/2024 | .42 | 1723.16 | 0.00 | 11/1/2024 | 1723.58 |
| Dec-24 | 1042.87 | 680.71 | 1723.58 | 07/02/2024 | 1,723.58 | 0.00 | 0.00 | 12/1/2024 | 1723.58 |
| Jan-25 | 1042.87 | 680.71 | 1723.58 | 07/28/2024 | 1,723.58 | 0.00 | 0.00 | 1/1/2025 | 1723.58 |
| Feb-25 | 1042.87 | 680.71 | 1723.58 | 09/05/2024 | 1,723.58 | 0.00 | 0.00 | 2/1/2025 | 1723.58 |
| Mar-25 | 1042.87 | 680.71 | 1723.58 | 09/05/2024 | .42 | 1723.16 | 0.00 | 3/1/2025 | 1723.58 |
| Apr-25 | 1042.87 | 767.78 | 1810.65 | 10/11/2024 | 1,723.58 | 87.07 | 0.00 | 4/1/2025 | 1810.65 |
| May-25 | 1042.87 | 783.58 | 1826.45 | 11/21/2024 | 1,723.58 | 102.87 | 0.00 | 5/1/2025 | 1826.45 |
| | | | 0.00 | 11/21/2024 | .42 | -0.42 | 0.00 | | |
| | | | 0.00 | 01/05/2025 | 1,723.58 | -1723.58 | 0.00 | | |
| | | | 0.00 | 01/05/2025 | 26.42 | -26.42 | 0.00 | | |
| | | | 0.00 | 02/21/2025 | 1,500.00 | -1500.00 | 0.00 | | |
| | | | 0.00 | 04/15/2025 | 1,723.58 | -1723.58 | 0.00 | | |
| | | | 0.00 | 04/15/2025 | 276.42 | -276.42 | 0.00 | | |
| | | | 0.00 | | -861.80 | 861.80 | 0.00 | | |
| | | | 0.00 | Credit | 302.50 | -302.50 | 0.00 | | |
| | $ 62,572.20 | $ 37,440.42 | $ 100,012.62 | Amount Paid | $ 83,006.62 | $ 17,006.00 | $ - | 8/1/2024 | $ 17,425.74 |

Post Petition Due Date    8/1/2024
Amount Due    $ 17,006.00
Debtor Suspense    $ 419.74

OUTSTANDING Costs and FEES

| Date | Amount | Description |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |